```
 1 | McGREGOR W. SCOTT
   | United States Attorney
 2 | MARY L. GRAD
   | Assistant U.S. Attorney
 3 | 501 I Street, Suite 10-100
   | Sacramento, California  95814
 4 | Telephone:  916-554-2763
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR. NO. S-02-0534-GEB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | MOTION TO DISMISS |
| v. | ) | INDICTMENT |
| | ) | |
| JUAN CARLOS VALDIVIA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    Pursuant to Federal Rule of Criminal Procedure 48, the United States of America, by and through its undersigned attorney, Mary L. Grad, Assistant United States Attorney, respectfully requests that this Court dismiss without prejudice the Indictment in the captioned matters, against defendant JUAN CARLOS VALDIVIA.

DATED: October 3, 2005        McGREGOR W. SCOTT
                                      United States Attorney

                                    By  /s/ Mary L. Grad
                                        MARY L. GRAD
                                    Assistant U.S. Attorney

1                              O R D E R

3     It is ordered that the above-captioned case be and is hereby
4 dismissed without prejudice against JUAN CARLOS VALDIVIA.
5 Dated:  October 3, 2005

                              /s/ Garland E. Burrell, Jr.
                              GARLAND E. BURRELL, JR.
                              United States District Judge